CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

NOV 21 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL AARON HARTLEY, ) | | |
| Petitioner, ) | Civil Action No. 7:06CV00344 | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| UNITED STATES OF AMERICA, ) | By: Hon. Glen E. Conrad | |
| Respondent. ) | United States District Judge | |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that petitioner's motion for reconsideration shall be and hereby is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and counsel of record for respondent.

ENTER: This 21st day of November, 2006.

_____
United States District Judge